[No. 47624-6-I. Division One. December 24, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. PATRICK SCHULZ, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 00-1-02483-1, Nicole MacInnes and LeRoy McCullough, JJ., entered October 25, 2000. *Affirmed* by unpublished per curiam opinion.

[No. 47747-1-I. Division One. December 24, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. MARK LABELLARTE, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 00-1-04630-4, Jeffrey M. Ramsdell, J., entered November 9, 2000. *Affirmed* by unpublished per curiam opinion.

[No. 47879-6-I. Division One. December 24, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. EDWARD RICHARDSON, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 00-1-10338-3, Helen Halpert, J., entered November 6, 2000. *Affirmed* by unpublished per curiam opinion.

[No. 25466-2-II. Division Two. December 28, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. SOPHIA G. ADLER, *Appellant.*

Appeal from a judgment of the Superior Court for Cowlitz County, No. 99-8-00863-7, Don L. McCulloch, J., entered January 3, 2000. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Seinfeld and Quinn-Brintnall, JJ.